IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | ) | |
| VS. | ) | CIVIL ACTION NO. B-02.086 |
| JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | ) | (JURY DEMANDED) |

### PLAINTIFF'S JURY REQUEST

Plaintiff, SIDNEY M. FLETCHER, hereby requests a trial by jury.

Signed this the 3rd day of May, 2002.

ADOLFO E. CORDOVA, JR.
STATE BAR #00787287

Page -5-