United States District Court
Southern District of Texas
FILED

MAY 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SIDNEY M. FLETCHER ) | |
| VS. ) | CIVIL ACTION NO. B-02-086 |
| JAMES W. ZIGLER, COMMISSIONER FOR ) THE IMMIGRATION AND NATURALIZATION : SERVICE (INS) ) | (JURY DEMANDED) |

## MOTION FOR LEAVE TO APPEAR AS ATTORNEY-IN-CHARGE PURSUANT TO LOCAL RULE 1(K)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ADOLFO E. CORDOVA, JR., Attorney for Plaintiff, SIDNEY M. FLETCHER and files this his Motion for Leave to Appear as Attorney-In-Charge and in support thereof would show unto the Court as follows:

**1.**

The above styled and referenced case is being filed in the United States District Court for the Southern District of Texas, Brownsville Division. Since Movant is not admitted to practice in this Court, he is hereby requesting that he be allowed to appear as attorney-in-charge for Plaintiff, SIDNEY M. FLETCHER in this case.

**2.**

ADOLFO E. CORDOVA, JR., Attorney for Plaintiff, SIDNEY M. FLETCHER is licensed to practice in all Texas State Courts and is in good standing with the same.

WHEREFORE PREMISES CONSIDERED, ADOLFO E. CORDOVA, JR. prays that pending the duration of this case, that he be permitted to appear as attorney-in-charge in this proceeding.

Respectfully submitted,

LAW OFFICE OF ADOLFO E. CORDOVA, JR.
711 NORTH SAM HOUSTON
SAN BENITO, TEXAS 78586
(956) 399-1299
(956) 399-4484 - FAX

BY: _____
ADOLFO E. CORDOVA, JR.
STATE BAR #00787287
ATTORNEY FOR PLAINTIFF