S

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 10 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **SIDNEY M. FLETCHER** | § § | |
| v. | § § | C.A. NO. B-02-086 |
| **JAMES W. ZEIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS)** | § § § § | |

### ORDER

BE IT REMEMBERED that on May ___8___, 2002, the Court GRANTED Adlofo E. Cordova Jr.'s Motion to Appear as Attorney-in-Charge Pursuant to Local Rule 83.1K in the above-referenced action.

DONE this ___8___ day of May, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge