AO 440 (Rev. 10/93) Summons in a Civil Action   U.S. ATTORNEY GENERAL DEPARTMENT OF JUSTICE B-02-086

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* <br> JOSE A. IBARRA | TITLE <br> PRIVATE CIVIL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

JUL 1 0 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): CERTIFIED MAIL CMRRR# 7002-0510-0004-1763-9083

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 54.17 | TOTAL 54.7 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-02
           Date

Signature of Server

701 E. Carrol Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.