AO 440 (Rev. 10/93) Summons in a Civil Action

CIVIL PROCESS CLERK B-02-086

US ATTORNEY

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* JOSE A. IBARRA | TITLE  CIVIL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ___CERTIFIED MAIL# 7002-0510-0004-1763-9090___

United States District Court
Southern District of Texas
FILED
JUL 1 0 2002
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  54.17 | TOTAL  54.17 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6-19-02__      *Signature of Server*
           Date

701 E. Carrol, Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.