IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SIDNEY M. FLETCHER, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-02-086 |
| | * | |
| JAMES W. ZIGLER, Commissioner for the | * | |
| Immigration and Naturalization Service, | * | |
|     Defendants. | * | |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JAMES W. ZIGLER, Commissioner of the Immigration and Naturalization Service (INS) by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for a fourteen day enlargement of time for which to file his answer or otherwise plead in this cause. In support of this motion, Defendant submits the following for the Court's consideration:

1. Plaintiff filed this lawsuit on May 3, 2002, alleging that Defendant violated Plaintiff's civil rights when he denied Plaintiff's request for transfer under the Compassionate Transfer Program.

2. Since being served with the Complaint, Defendant has been aggressively gathering materials relating to the Plaintiff's claims in order to prepare its response to Plaintiff's claims; however, as a result of some unanticipated difficulty in obtaining some of the materials in a timely manner, Defendant will need an additional fourteen days to formulate his response.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court

grant this motion for an enlargement of time and issue an order allowing Defendant until September 3, 2002, to file his answer or otherwise plead to the allegations of the Plaintiff.

          Respectfully submitted,

          MICHAEL T. SHELBY
          UNITED STATES ATTORNEY

          NANCY L. MASSO
          Assistant United States Attorney
          600 East Harrison St., No. 201
          Brownsville, TX 78520
          Tel:   (956) 548-2554
          Fax:  (956) 548-2549
          State Bar No. 00800490
          Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

On August 16, 2002, I spoke with Plaintiff's attorney, Adolfo E. Cordova, about this motion. Mr. Cordova advised that he did not oppose the motion.

Signed August, 16th, 2002.

          NANCY L. MASSO
          Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD
(OPPOSITION UNKNOWN)

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. Adolfo E. Cordova
Attorney at Law
711 N. Sam Houston St.
San Benito, Texas 78586

August 16, 2002
Date

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SIDNEY M. FLETCHER,<br>    Plaintiff, | *<br>*<br>* |
| v. | *  CIVIL ACTION NO. B-02-086<br>* |
| JAMES W. ZIGLER, Commissioner for the<br>Immigration and Naturalization Service,<br>    Defendants. | *<br>*<br>* |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Today, this Court considered the Defendant's Unopposed Motion for an Enlargement of Time to Answer or Otherwise Plead, filed August 16, 2002. Having reviewed the request and noting that it is unopposed, this Court finds that the defendant herein has good cause for seeking this extension of time.

THEREFORE, IT IS HEREBY ORDERED that the motion is granted, and that the Defendant may file his response to Plaintiff's Complaint no later than September 3, 2002.

DONE on this the _____ day of _____, 2002, in Brownsville, Texas.

_____
FELIX RECIO
United States Magistrate Judge