IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SIDNEY M. FLETCHER,<br>Plaintiff,<br><br>v.<br><br>JAMES W. ZIGLER, Commissioner for the<br>Immigration and Naturalization Service,<br>Defendant. | *<br>*<br>*<br>*  CIVIL ACTION NO. B-02-086<br>*<br>*<br>*<br>* |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JAMES W. ZIGLER, Commissioner of the Immigration and Naturalization Service (INS) by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for a continuance of the September 16, 2002, Initial Pretrial Conference scheduled in this cause. Movant seeks this continuance because the undersigned counsel of record for the United States is scheduled to attend a conference sponsored by the United States Attorney's Office from September 16 through September 18, 2002, in Houston, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant this motion for continuance.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## STATEMENT OF CONSULTATION

On August 29, 2002, I spoke with Plaintiff's attorney, Adolfo E. Cordova, about this motion. Mr. Cordova advised that he did not oppose the motion.

Signed August, <u>29th</u>, 2002.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF INITIAL PRETRIAL CONFERENCE

was mailed via certified mail, return receipt requested to Plaintiff's Attorney of Record:

Mr. Adolfo E. Cordova
Attorney at Law
711 N. Sam Houston St.
San Benito, Texas 78586

<u>August 30, 2002</u>
Date

NANCY L. MASSO
Assistant United States Attorney