IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 0 4 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY M. FLETCHER, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | C.A. NO. B-02-86 |
| | § | |
| JAMES W. ZIGLER, COMMISSIONER | § | |
| OF THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE, | § | |
| DEFENDANTS. | § | |

### ORDER

The Defendant's Unopposed Motion for an Enlargement of Time to Answer or Otherwise Plead [Dkt. No. 10] is hereby **GRANTED**/DENIED.

DONE this **3rd** day of September, at Brownsville Texas.

Hilda G. Tagle
United States District Judge