IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SIDNEY M. FLETCHER, <br> Plaintiff, | * <br> * <br> * |
| v. | * CIVIL ACTION NO. B-02-086 <br> * |
| JAMES W. ZIGLER, Commissioner for the <br> Immigration and Naturalization Service, <br> Defendants. | * <br> * <br> * |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE

Today, this Court considered the "Defendant's Unopposed Motion For Continuance of Initial Pretrial Conference." Having reviewed the motion and pleadings on file, as well as noting that this motion is unopposed, this Court is of the opinion that the Defendant's motion should be GRANTED.

THEREFORE, IT IS ORDERED, that the Initial Pretrial Conference in this matter be re-set to _October 28_, 2002, at _2:30_ a.m./p.m. before this Court located at Courtroom No. 3 of the United States Courthouse at 600 East Harrison Street in Brownsville, Texas. The Parties herein must file their joint case management plan at least fourteen days before this initial pretrial conference.

Signed this _3rd_ day of _September_, 2002.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE