United States District Court
Southern District of Texas
FILED

OCT 10 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | ) | |
| VS. | ) | CIVIL ACTION NO. B-02-086 |
| JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | ) | (JURY DEMANDED) |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE HILDA TAGLE, UNITED STATES DISTRICT JUDGE:

Plaintiff, SIDNEY M. FLETCHER, and Defendant, JAMES W. ZIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS), file this their Joint Discovery/Case Management Plan pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and the Court's Order:

1. **State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.**

   The meeting of the parties occurred via telephone on October 1, 2002. Counsel for the Plaintiff, Adolfo E. Cordova, Jr. and counsel for Defendant, Nancy L. Masso participated.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

   There are no related cases pending.

3. **Specify the allegation of federal jurisdiction.**

   Federal jurisdiction arises as a result of a federal question pursuant to 12131, et. seq. of 42 U.S.C.A. (Americans with Disabilities Act), hereinafter called ADA, Title VII of the Civil Rights Act of 1964, as amended, and the Rehabilitation Act of 1973, as amended.

4. **Name the parties who disagree and the reasons.**

   None.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None at the present time.

6. **List anticipated interventions.**

   None.

7. **Describe class-action issues.**

   None.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   Neither party has made Rule 26(a) disclosures. The parties have agreed to make such disclosures by December 1, 2002.

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

   (1) Any remaining disclosures required by Rule 26(a) will be made by April 1, 2003.
   (2) No changes should be made to limitations on discovery.
   (3) No other Orders should be entered by the Court under Rule 26(c) or under Rule 16(b) and (c).

   B. **When and to whom the plaintiff anticipates it may send interrogatories.**

   Plaintiff anticipates sending interrogatories to Defendant herein by December 15, 2002.

C. **When and to whom the defendant anticipates it may send interrogatories.**

Defendant anticipates sending interrogatories to Plaintiff by January 15, 2003.

D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

Plaintiff anticipates taking the deposition of Defendant or its representative, plaintiff's medical providers, plaintiff's supervisor's, and possibly some of plaintiff's co-workers by February 1, 2003.

E. **Of whom and by when the defendant anticipates taking oral depositions.**

Defendant anticipates taking the deposition of Plaintiff by March 1, 2003.

F. **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.**

Plaintiff will be able to designate experts by January 1, 2003, and provide reports by February 1, 2003. Defendant will designate responsive experts by March 1, 2003 and provide expert reports by April 1, 2003

G. **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See rule 26(a)(2)(b) (expert report).**

Plaintiff can complete expert depositions by April 1, 2003.

H. **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).**

Defendant can complete expert depositions by April 1, 2003.

10. **If the parties have not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

N/A.

11. **Specify the discovery beyond initial disclosures that has bee undertaken to date.**

   There has been no formal discovery to date.

12. **State the date the planned discovery can reasonably be completed.**

   Discovery can be completed by April 1, 2003.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

   The parties intend to continue discussing the possibilities for settlement. However, settlement does not appear imminent at this time.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

   The parties have agreed to exchange documents and information and to engage in settlement discussions via counsel.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.**

   Mediation may be useful and could be conducted prior to the completion of discovery.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

   The parties do not agree to a trial before a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

   Plaintiff made a timely demand for a jury in his Original Petition.

18. **Specify the number of hours it will take to present the evidence in this case.**

   It is expected to take 16 hours to present evidence in this case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    There are no pending motions.

20. **List other motions pending.**

    There are no pending motions.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at te conference.**

    There are no maters which deserve special attention of the Court at this time.

22. **List the names, bar numbers, addresses and telephone numbers of all counsel.**

_____         October 8, 2002
Adolfo E. Cordova, Jr.                    Date
711 N. Sam Houston
San Benito, Texas 78586
(956) 399-1299
(9560 399-4484 - fax
State Bar #00787287
Attorney for Plaintiff


_____         _____
Nancy L. Masso                            Date
Asst. U.S. Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
(956) 548-2554
(956) 548-2549 - fax
State Bar #00800490
Federal I.D. # 10263
Attorney for Defendant

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    There are no pending motions.

20. **List other motions pending.**

    There are no pending motions.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at te conference.**

    There are no maters which deserve special attention of the Court at this time.

22. **List the names, bar numbers, addresses and telephone numbers of all counsel.**

_____          _____
Adolfo E. Cordova, Jr.                   Date
711 N. Sam Houston
San Benito, Texas 78586
(956) 399-1299
(9560 399-4484 - fax
State Bar #00787267
Attorney for Plaintiff

_____          _October 7, 2002_
Nancy L. Masso                           Date
Asst. U.S. Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
(956) 548-2554
(956) 548-2549 - fax
State Bar #00800490
Federal I.D. # 10263
Attorney for Defendant