| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

SIDNEY M. FLETCHER §

vs. § Civil Action B: 02-86

JAMES W. ZIGLER, COMMISSIONER §
FOR THE IMMIGRATION AND
NATURALIZATION SERVICE (INS)

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.      ☐ Bench   ■ Jury

2. New parties must be joined by:                                   __N/A__
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __2/1/03__

4. The defendant's experts must be named with a report
   furnished by:                                                     __3/1/03__

5. Discovery must be completed by:                                   __4/1/03__
    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.

**************************The Court will provide these dates**************************

6. Dispositive Motions will be filed by:                             __5/1/03__

7. Joint pretrial order is due:                                      __7/17/03__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  __7/31/03__

9. Jury Selection is set for 9:00 a.m. on:                           __8/4/03__
    *(The case will remain on standby until tried)*

Signed __October 30__, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge