# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 10 / 28 / 02 |
| TIME | 2:30 p.m. — 3:00 p.m. |
| CIVIL ACTION | B-02-86 |
| STYLE | Sydney M. Fletcher *versus* James W. Zigler, Commissioner for INS |



United States District Court
Southern District of Texas
FILED
OCT 28 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ IPTC

Adolfo E. Cordova for Plaintiff

Nancy L. Masso for Defendants

■ Comments:

    Plaintiff: Disability is mental. Plaintiff brings claim under the ADA for discrimination in employment. Plaintiff alleges he asked for a compassionate transfer to the El Paso Border station from Harlingen, but was denied. Argues he meets the requirements for such a transfer. Plaintiff has been diagnosed w/ depression. He has filed a claim with the EEOC. Plaintiff alleges he has evidence of outrageous conduct. Hopes to prove malice. Damages would be for costs of treatment and would arise b/c of the outrageous conduct. Represented to Judge that he has a good faith belief that there are damages in this case. Plaintiff said he intended to raise a claim under Title I of the ADA, despite his reference to Title II in the original complaint.

    Gov't: transfers are only given when the disability affects the physical or mental health of the individual. INS had another doctor also review Plaintiff. Dr. determined plaintiff was still able to do his job. Gov't questions why plaintiff did not attempt to simply transfer. Plaintiff says lateral transfers are not allowed, would have to be a promotion. Gov't says local supervisors were actually supportive of the transfer.

    There were no motions to rule on. Judge did not have any problems with the discovery/case management plan as proposed.