

United States District Court
Southern District of Texas
FILED

FEB 1 2 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

SIDNEY M. FLETCHER,
     Plaintiff,

                                         CIVIL ACTION NO.

v.

                                         B-02-086

JAMES W. ZIGLER, COMMISSIONER FOR
THE IMMIGRATION AND NATURALIZATION SERVICE (INS),
     Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND AGREED MOTION FOR A SCHEDULING CONFERENCE AND REVISION OF SCHEDULING ORDER AND ABATEMENT PENDING DEFENDANT'S CONSIDERATION OF TRANSFER APPLICATION FILED BY PLAINTIFF ON FEBRUARY 7, 2003

TO THE HONORABLE JUDGE OF SAID COURT:

     Plaintiff, SIDNEY FLETCHER files and serves this unopposed Motion seeking each of the following: 1) the unopposed substitution of Plaintiff's counsel; 2) the agreed request for a scheduling conference with the Defendant's counsel to revise the scheduling order in consideration of a pending transfer application filed during litigation; and 3) the agreed abatement of the suit pending the determination of the pending application and the exhaustion of any non-judicial remedies pursued by Plaintiff relating to said application.

**Plaintiff's Motion for Substitution of Counsel etc. — Page 1**

## I.    MOTION TO SUBSTITUTE COUNSEL

By Order dated February 4, 2003, attorney David R. Joe was admitted to bar of the Southern District, attached.  Plaintiff has retained the law firm of Brewer Anthony Middlebrook Burley & Dunn, and Plaintiff and Plaintiff's Counsel Adolfo E. Cordova, Jr. request that this Court accept the substitution of attorney David R. Joe as counsel of record for the Plaintiff in this proceeding.  The requested substitution of Plaintiff's Counsel has been discussed with, and is unopposed by Defendant's Counsel, Assistant United States Attorney, Nancy Masso.

## II.    MOTION FOR SCHEDULING CONFERENCE

Prior to the filing of this Motion, the Parties have discussed the possibility of resolution of this matter.  Furthermore, known to and suggested by the Defendant, the Plaintiff has made and filed an application for a Compassionate Transfer based on certain regional allergens adversely affecting his health.  Upon Granting Plaintiff's Motion to Substitute, Counsel for both Parties request a Scheduling Conference to address a revision to the Scheduling Order, that will accommodate the pendency of the application, and if denied, the exhaustion of administrative remedies following such denial.

### III.    MOTION FOR ABATEMENT

Plaintiff makes the unopposed request that pending a hearing and Order on this Motion, and thereafter, for the pendency of the application, and if denied, the exhaustion of administrative remedies following such denial, this Court toll the dates of the revised scheduling order for this lawsuit, by abating the same.

Wherefore premises considered, Plaintiff requests that this Motion be set for a hearing, upon which the relief requested herein be granted.

AGREED:

_____
Adolfo E. Cordova, Jr., Counsel for Plaintiff

_____
Nancy Masso, Counsel for Defendant

Respectfully Submitted,

**BREWER, ANTHONY MIDDLEBROOK**
BURLEY & DUNN P.C.

By: _____
DAVID R. JOE
State Bar No. 24003872
1702 E. Tyler Street, Suite 1
Harlingen, Texas 78550
(956) 428-5500 Telephone
(956) 428-5518 Facsimile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONERENCE

Counsel has acknowledged their agreement to this Motion by executing the same.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion was served in accordance

with the Federal Rules on February _____, 2003, on all Counsel of record:

Law Office of Adolfo E. Cordova, Jr.          Nancy L. Masso, ASUA
711 N. Sam Houston                            600 E. Harrison St. No. 201
San Benito, TX 78586                          Brownsville, TX 78520
Fax 956 399-4482                              Fax 956 548-2549

David R. Joe

*Plaintiff's Motion for Substitution of Counsel etc.  – Page 4*

### III.    MOTION FOR ABATEMENT

Plaintiff makes the unopposed request that pending a hearing and Order on this Motion, and thereafter, for the pendency of the application, and if denied, the exhaustion of administrative remedies following such denial, this Court toll the dates of the revised scheduling order for this lawsuit, by abating the same.

Wherefore premises considered, Plaintiff requests that this Motion be set for a hearing, upon which the relief requested herein be granted.

AGREED:

_____
Adolfo E. Cordova, Jr., Counsel for Plaintiff

_____
Nancy Masso, Counsel for Defendant

### III.    MOTION FOR ABATEMENT

Plaintiff makes the unopposed request that pending a hearing and Order on this Motion, and thereafter, for the pendency of the application, and if denied, the exhaustion of administrative remedies following such denial, this Court toll the dates of the revised scheduling order for this lawsuit, by abating the same.

Wherefore premises considered, Plaintiff requests that this Motion be set for a hearing, upon which the relief requested herein be granted.

AGREED:


Adolfo E. Cordova, Jr., Counsel for Plaintiff


Nancy Masso, Counsel for Defendant
Tx. Bar 00800490
Fed. Bar 10263