IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | § | |
| | § | |
| v. | § | C.A. NO. B-02-086 |
| | § | |
| JAMES W. ZEIGLER, COMMISSIONER | § | |
| FOR THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE (INS) | § | |

**ORDER**

BE IT REMEMBERED that on April 7, 2003, the Court **GRANTED** Plaintiff's Unopposed Motion for Substitution of Counsel [Dkt. No. 18]. David R. Joe is designated as the new attorney of record.

Plaintiff also makes an unopposed request for a scheduling conference. This hearing, Plaintiff argues, is for the purpose of revising the scheduling order in light of developments in this case that may warrant an abatement of further proceedings pending the outcome of an administrative determination. The Court **GRANTS** this request and sets the scheduling conference for _April 21_, 2003, @ 2:00 pm.

DONE this 7th day of April, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge