20

## Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ■ Nicolas | | ☐ Levesque | |
| DATE | 4 | 21 | 03 | |
| TIME | | a.m. | | a.m. |
| | 2:00 | p.m. | 2:20 | p.m. |
| CIVIL ACTION | B | 02 | 86 | |
| STYLE | Fletcher | | | |
| | *versus* | | | |
| | Zigler, Commissioner for the INS | | | |

United States District Court
Southern District of Texas
FILED

APR 2 1 2003

Michael N. Milby
Clerk of Court

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference     (Rptr. Breck Record )

David Joe      for    ■ Ptf.

Nancy Masso    for    ■ Deft.

■    Order to be entered.

■    Comments:

1. Plaintiff has refiled his application for a compassionate transfer and believes there is a good chance he will get it.

2. The Court **ORDERED** the case abated for 90 days. On or before July 21, 2003, the parties will file a joint status report.