IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **SIDNEY M. FLETCHER** | § § | |
| v. | § § | C.A. NO. B-02-086 |
| **JAMES W. ZEIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS)** | § § § § | |

### ORDER

BE IT REMEMBERED that on April 22, 2003, the Court **GRANTED** Plaintiff's unopposed motion for abatement [Dkt. No. 18-3] and **ABATED** this matter for ninety days pending the outcome of Plaintiff's application for a compassionate transfer.

The Court also **ORDERED** the parties to file a joint status report on or before July 21, 2003.

The Court also **SCHEDULED** a scheduling and status conference on July 28, 2003, at 2:00 p.m.

DONE at Brownsville, Texas, this 22nd day of April 2003.

Hilda G. Tagle
United States District Judge