

United States District Court
Southern District of Texas
FILED

JUL 2 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SIDNEY M. FLETCHER,<br>    Plaintiff, | *<br>*<br>* |
| v. | *<br>*   CIVIL ACTION NO. B-02-086 |
| JAMES W. ZIGLER, Commissioner for the<br>Immigration and Naturalization Service,<br>    Defendant. | *<br>*<br>*<br>* |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and Plaintiff, Sydney Fletcher, by and through his attorney of record, David Joe, submit the following as their Status Report to the Court:

Plaintiff's most recent request for a compassionate transfer was denied. As of today's date, Plaintiff has not received formal notification of this denial. On July 18, 2003, Plaintiff's counsel was advised that his client may ask that his request be reconsidered. It was suggested that Plaintiff supplement his request with additional supporting documentation. Plaintiff plans to seek reconsideration of his request.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554 Fax: (956) 548-2549
State Bar No. 00800490 Federal I.D. No. 10263

SIDNEY FLETCHER,
    Plaintiff,

David R. Joe, by Nancy Masso w/ permission, (See attached)

DAVID R. JOE
Attorney at Law
Brewer, Brewer, Anthony, & Middlebrook
1702 E. Tyler, Suite 1
Harlingen, Texas 78550
Tel:   (956) 428-5500 Fax: (956) 428-5518
State Bar No. 24003872 Federal I.D. No. 34002

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**BROWNSVILLE DIVISION**

SIDNEY M. FLETCHER,
  Plaintiff,

v.           CIVIL ACTION NO. B-02-086

JAMES W. ZIGLER, Commissioner for the
Immigration and Naturalization Services,
  Defendant

<u>JOINT STATUS REPORT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

  Defendant, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and Plaintiff, Sydney Fletcher, by and through his attorney of record, David Joe submit the following as their Status Report to the Court.

  Plaintiff's most recent request for a compassionate transfer was denied.  As of today's date, Plaintiff has not received formal notification of the denial.  On July 18, 2003, Plaintiff's counsel was advised that his client may ask that his request be reconsidered.  It was suggested that Plaintiff supplement his request with additional supporting documentation.  Plaintiff plans to seek reconsideration of his request.

        Respectfully submitted,

        MICHAEL T. SHELBY
        UNITED STATES ATTORNEY

        NANCY L. MASSO
        Assistant United States Attorney
        600 East Harrison St., No. 201
        Brownsville, TX 78520
        Tel. (956) 548-2554  Fax (956) 548-2549
        State Bar No. 00800490  Federal I.D. No. 10263

        SIDNEY FLETCHER,
        Plaintiff,

        DAVID R. JOE
        Attorney at Law
        Brewer, Brewer, Anthony, & Middlebrook
        1702 E. Tyler, Suite 1
        Harlingen, Texas 78550
        Tel. (956) 428-5100  Fax. (956) 428-5515
        State Bar No. 24009572  Federal I.D. No. 24020

**CERTIFICATE OF SERVICE**

I certify that a copy of the "Joint Status Report" was mailed to Plaintiff's attorney of Record, David Joe, via first class mail at the address indicated below:

David R. Joe
Attorney at Law
Brewer, Brewer, Anthony & Middlebrook
1702 E. Tyler, Suite 1
Harlingen, Texas 78550

July 21, 2003
Date

NANCY L. MASSO
Assistant United States Attorney