# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 07 — 28 — 03 |
| TIME | 2:22 p.m. — 2:35 p.m. |
| CIVIL ACTION | B — 02 — 86 |
| STYLE | Sidney M. Fletcher<br>*versus*<br>James W. Zigler, Commissioner for INS |

United States District Court
Southern District of Texas
FILED
JUL 28 2003
Michael N. Milby, Clerk of Court

### DOCKET ENTRY

(HGT) ■Status Conference;          Court Reporter: Heather Hall

Attorney(s) for Plaintiff(s):     David R. Joe
Attorney(s) for Defendant(s)   Nancy Masso

---

**Comments**:

   **David Joe**: informally notified that compassionate transfer based on allergies was denied. Client intends to appeal (reconsideration). Although the disability listed in his original complaint involves depression, he intends to move forward with a claim involving allergies–began to say he could not amend his complaint.

   **Nancy Masso**: Pl wants to keep the Govt. on the hook instead of dismissing the case and bringing it again after he receives a decision from the INS. Masso likes the idea of early mediation, but she would like Plaintiff to submit his application for reconsideration and amend his original complaint to include the allergy claim, then she would be in a better position to argue to her client that Plaintiff has something.

   Court ordered a third status conference in 60 days. (September 29, 2003 at 2:00 p.m. Attorneys notified in open court by case manager) By that date everything will have to be resolved because the case will move forward with a new scheduling order. Court declined to order mediation because Plaintiff seemingly wants his transfer and if it is granted, does not want to further litigate. Parties are always free to mediate on their own.