*24*

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | § § | |
| *versus* | § | CIVIL ACTION: B-02-86 |
| | § | |
| JAMES W. ZIGLER | § § | |

## ORDER SETTING CONFERENCE

1.    A status conference will be held on:

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### September 29, 2003 at 2:00 p.m.

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 East Harrison Street, #306
Brownsville, Texas 78520

2.    To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.    Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed ____July 28____, 2003 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge