25

# Civil In-Chambers Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ☐ Nicolas     ■ Levesque | | | |
| DATE | 09 | 29 | 03 | |
| TIME |  a.m.  2:00 p.m. | |  a.m.  2:15 p.m. | |
| CIVIL ACTION | B | 02 | 86 | |
| STYLE | SYDNEY M. FLETCHER<br>*versus*<br>JAMES W. ZIGLER | | | |

United States District Court
Southern District of Texas
FILED

SEP 29 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ **Status Conference–Held in Chambers**         (Court Reporter: n/a)

Attorney(s) for Plaintiff(s):     David Joe
Attorney(s) for Defendant(s)    Nancy Masso

Comments: Status Conference held with law clerk in office; Judge was in jury trial.

Pl is not asking the Court to continue this case on abatement. Basically, he may still file a request to INS to reconsider his application for transfer. But, there is nothing to indicate that INS's internal decision will be made quicker because this law suit has been filed.

The parties agreed to file a joint case management/discovery plan within 14 days and a proposed scheduling order. They have not conducted discovery to date, and Pl asked that the Court not consider this case to now be on an expedited schedule because it is coming off abatement.

Pl will likely file a motion to amend his pleading. Govt will have to see it before she knows whether they'll oppose it or not.

Pl mentioned that he filed a motion to substitute attorneys, which was granted, but previous attorney, still receives court's orders, etc.