IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | § | |
| | § | |
| v. | § | C.A. NO. B-02-086 |
| | § | |
| JAMES W. ZEIGLER, COMMISSIONER | § | |
| FOR THE IMMIGRATION AND | § | |
| NATURALIZATION SERVICE (INS) | § | |

### ORDER

BE IT REMEMBERED that on October 27, 2003, the Court **ORDERED** the parties to file a joint discovery/case management plan no later than 4:00 p.m. Monday, November 10, 2003.

DONE this 27th day of October, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge