28

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

SIDNEY M. FLETCHER § 

vs. § Civil Action No. B- 02-086

JAMES W. ZIGLER, Commissioner for the §
Immigration and Naturalization Service

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __4/1/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   __7/1/2004__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:   __8/2/2004__

7. Joint pretrial order is due:   __10/20/2004__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __11/4/2004__

9. Jury Selection is set for 9:00 a.m. on:   __11/8/2004__
   *(The case will remain on standby until tried)*

Signed __October 28__, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge