



**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:   June 15, 2004, 9:15 am to 3:42 p.m.

------

## C.A. NO. B-02-086 (HGT)

------

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | * | David R Joe |
| VS | * | |
| JAMES W. ZIGLER, Commissioner for the Immigration and Naturalization Service (INS) | * | Nancy L Masso |

------

## MEDIATION MINUTES

Plaintiff Fletcher appeared with attorney David R Joe.

The following appeared for the Defendant:
   AUSA Nancy L Masso and
   Robert M. Lewandowski, Laredo Sector Counsel, U.S. Border Patrol

Mediation held.

Settlement recessed and will be rescheduled at a later date. A telephonic conference is scheduled for Friday, June 18, 2004, at 2:00 p.m.