United States District Court
Southern District of Texas
FILED

JUN 21 2004

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Date:  June 18, 2004, 2:00 p.m.

---

## C.A. NO. B-02-086 (HGT)

---

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | * | David R Joe |
| VS | * | |
| JAMES W. ZIGLER, Commissioner | * | Nancy L Masso |
| fo the Immigration and | * | |
| Naturalization Service (INS) | * | |

---

## STATUS TELEPHONIC CONFERENCE

A telephonic conference held with attorneys Joe and Masso.

Settlement negotiations held, no progress had been made. They will continue attempts to negotiate.

The parties requested new discovery dates. They will submit a joint agreement as to the discovery dates. The pretrial and jury selection dates will remain on the November docket.