IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SIDNEY M. FLETCHER,<br>　　Plaintiff, | *<br>*<br>* |
| v. | *   CIVIL ACTION NO. B-02-086<br>* |
| JAMES W. ZIGLER, Commissioner for the<br>Immigration and Naturalization Service[1],<br>　　Defendant. | *<br>*<br>* |

### NOTICE OF SETTLEMENT

The United States of America notifies the Court that the parties have resolved their differences and settled this lawsuit. The parties will file an Agreed Motion to Dismiss with a proposed Agreed Order of Dismissal with Prejudice immediately upon the consummation of the settlement and disbursement of funds.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MICHAEL T. SHELBY
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Nancy L. Masso
　　　　　　　　　　　　　　　　　　NANCY L. MASSO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　600 E. Harrison St., No. 201
　　　　　　　　　　　　　　　　　　Brownsville, Texas 78520
　　　　　　　　　　　　　　　　　　Tel: (956) 548-2554
　　　　　　　　　　　　　　　　　　Fax: (956) 548-2549
　　　　　　　　　　　　　　　　　　State Bar No. 00800490
　　　　　　　　　　　　　　　　　　Federal I.D. No. 10263

### CERTIFICATE OF CONFERENCE AND CERTIFICATE OF SERVICE

　　I hereby certify that a copy of the true and foregoing copy of the Notice of Settlement was forwarded to Plaintiff's counsel, David Joe. He indicated that he did not oppose the filing of this "Notice of Settlement."
　　In addition, I certify that copy of the true and foregoing copy of the Notice of Settlement was mailed, via certified mail, return receipt requested, on October 7, 2004, to Plaintiffs' attorney, David Joe, Attorney at Law, 1702 E. Tyler, Suite 1, Harlingen, Texas 78550.

　　　　　　　　　　　　　　　　　　/s/ Nancy L. Masso
　　　　　　　　　　　　　　　　　　NANCY L. MASSO, Assistant United States Attorney

---

[1] James Zigler is no longer the Director of the Immigration and Naturalization Service. The INS no longer exists. The functions of the INS were taken over by the United States Department of Homeland Security in March 2002.

Case 1:02-cv-00086    Document 32    Filed in TXSD on 10/07/2004    Page 2 of 2