United States District Court
Southern District of Texas
ENTERED

FEB 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SIDNEY M. FLETCHER § | |
| § | |
| v. § | C.A. NO. B-02-086 |
| § | |
| JAMES W. ZEIGLER, COMMISSIONER § | |
| FOR THE IMMIGRATION AND § | |
| NATURALIZATION SERVICE (INS) § | |

## ORDER

BE IT REMEMBERED that on February 2, 2005, the Court **ORDERED** the parties to submit an agreed motion to dismiss with a proposed order of dismissal with prejudice. The Court's docket indicates that on October 7, 2004, Notice of Settlement was filed. Before the Court can close this case administratively, the parties must file the appropriate dismissal documents pursuant to Federal Rule of Civil Procedure 41. The parties are **ORDERED** to submit these filings no later than 5:00 p.m. on February 28, 2005.

DONE this 2nd day of February 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge