IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

SIDNEY M. FLETCHER,
    Plaintiff,

v.

JAMES W. ZIGLER, COMMISSIONER FOR
THE IMMIGRATION AND NATURALIZATION
SERVICE (INS),
    Defendant.

CIVIL ACTION NO.

B-02-086

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff, SIDNEY FLETCHER and Defendants, by and through undersigned counsel, file this, their Agreed Motion to Dismiss with Prejudice and as grounds therefore would respectfully show this Court as follows:

1)     The Parties have reached a settlement of their difference which gave rise to this case;

2)     The Plaintiff acknowledges receipt of the consideration specified in the Parties' settlement agreement;

3)     The Parties wish to dismiss as claims with prejudice;

4)      Each Party shall bear its own costs and expenses.

Wherefore premises considered, the Parties respectfully request that this case be dismissed without a hearing, submitted this 28th day of February, 2005.


AGREED AS TO FORM AND SUBSTANCE:


**/s/Nancy L. Masso**
Nancy Masso, Counsel for Defendant
600 E. Harrison St. No. 201
Brownsville, TX 78520
Federal ID No. 10263
State Bar No. 00800490
(956) 548-2554 (Telephone)
(956) 548-2549 (Facsimile)

                        Respectfully Submitted,

                        **BREWER, ANTHONY MIDDLEBROOK & DUNN P.C.**

                        **/s/ David R. Joe**
                        DAVID R. JOE
                        Federal ID 34002
                        State Bar No. 24003872
                        1702 E. Tyler Street, Suite 1
                        Harlingen, Texas 78550
                        (956) 428-5500 Telephone
                        (956) 428-5518 Facsimile

                        ATTORNEY FOR PLAINTIFF