IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**SIDNEY M. FLETCHER,**
    Plaintiff,

v.

JAMES W. ZIGLER, COMMISSIONER FOR
THE IMMIGRATION AND NATURALIZATION
SERVICE (INS),
    Defendant.

CIVIL ACTION NO.

B-02-086

## ORDER OF DISMISSAL, WITH PREJUDICE

Today, this Court considered the Parties "Agreed Motion to Dismiss." Having reviewed the motion and noting that all matters in controversy have been settled, this Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this lawsuit be dismissed, **with prejudice**. Costs associated with this suit will be borne by the party that incurred same.

Signed: _____

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS