United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SIDNEY M. FLETCHER | § § | |
| v. | § § | C.A. NO. B-02-086 |
| JAMES W. ZEIGLER, COMMISSIONER FOR THE IMMIGRATION AND NATURALIZATION SERVICE (INS) | § § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on March 1, 2005, the Court **GRANTED** the parties' Agreed Motion to Dismiss [Dkt. No. 34]. Having received notice that the parties have settled all matters in controversy, the Court **ORDERS** that this lawsuit be **DISMISSED with prejudice**. Costs associated with this suit will be borne by the party incurring same.

DONE this 1st day of March, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge